USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 18 2011

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

GENERAL MEDIA COMMUNICATIONS, INC.

  Plaintiff,

v.

SPARTANBURG GOLF & TRAVEL, LLC,

  Defendants.

: Civil Action No. 1:11-cv-04786-GBD
: Judge George B. Daniels
: Magistrate

## ORDER

Pursuant to Fed. R. Civ. Proc. 6(b)(1), Defendant Spartanburg Golf & Travel, LLC ("Spartanburg") has moved the Court for an enlargement of time of ten days, or until on or before July 25, 2011, to answer, move or otherwise respond to the Complaint. Plaintiff's counsel has consented to this request. The Court finds the Motion well-taken, and accordingly ORDERS that Spartanburg may have an extension of time until on or before July 25, 2011, to answer, move or otherwise respond to the Complaint.

JUL 18 2011

*George B. Daniels*
U.S.D.J.
HON. GEORGE B. DANIELS