**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

| | | |
|---|---|---|
| GENERAL MEDIA COMMUNICATIONS, INC., | : | |
| | : | |
| | : | Civ. Act. No.: 1:11-cv-04786 |
| Plaintiff, | : | (GBD) |
| | : | ECF CASE |
| v. | : | |
| | : | |
| SPARTANBURG GOLF AND TRAVEL, LLC, | : | **NOTICE OF MOTION FOR REMAND** |
| | : | |
| Defendant. | : | |

-----------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the accompanying Affidavit of Diana L. Ballou, sworn on August 5, 2011 and the exhibits attached thereto, and the accompanying Memorandum of Law in support of this motion, and the pleadings herein, Plaintiff General Media Communications, Inc. ("GMCI") will move this Court, before Hon. George B. Daniels, at 500 Pearl Street, New York, New York 10007, on <u>Thursday, September 1, 2011 at 9:30 a.m.</u>, or as soon thereafter as counsel can be heard, for an order remanding this action to New York State Supreme Court (New York County) pursuant to 28 U.S.C. Section 1446(b) and 28 U.S.C. Section 1447(c), together with such other and further relief for GMCI as the Court deems just and proper.

Respectfully submitted,

Dated:  New York, New York

       August 5, 2011

                                        By:       s/ Joshua R. Bressler
                                                        Joshua R. Bressler, Esq.
                                                        Bressler Law PLLC
                                                        3 West 35th Street, 9th Floor
                                                        New York, New York  10001
                                                        (917) 969-4343
                                                        jrb@jrblaw.com

                                                        *Attorney for Plaintiff*
                                                        *General Media Communications, Inc.*


**TO:**

**Counsel for Defendant Spartanburg Golf and Travel, LLC**


| Peter R. Silverman, Esq. | Ronald T. Levinson, Esq. |
|---|---|
| Shumaker, Loop & Kendrick, LLP | Levinson & Associates |
| 41 South High Street, Suite 2400 | 998 Old Country Rd, Ste 4 |
| Columbus, OH  43215 | Plainview, NY  11803 |
| psilverman@slk-law.com | ronaldlevinson@lclawyers.com |